Vanessa Deleon Guerrero, Attorney, San Antonio, TX, for Appellant.

Steven Gerard Cennamo, Malaise Law Firm, San Antonio, TX, for Appellee.

Before BENAVIDES, CLEMENT, and GRAVES, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

This case returns to us on remand from the Supreme Court, No. 14–400, *Harris v. Viegelahn, Chapter 13 Trustee*, following the Court's grant of certiorari to consider our reversal of the district court's judgment. The Supreme Court reversed our judgment and remanded this case to us for further proceedings consistent with the opinion of the Court. Accordingly, we now **AFFIRM** the district court's judgment for the reasons outlined in the Supreme Court's opinion.

UNITED STATES of America, Plaintiff–Appellee,

v.

Eduardo Torres ESQUIBEL, Defendant–Appellant.

No. 14–10527
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 24, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas,

---

TX, Douglas Allen, Fort Worth, TX, for Plaintiff–Appellee.

Carolyn A. Hill, Esq., Attorney, Dallas, TX, for Defendant–Appellant.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eduardo Torres Esquivel has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Torres Esquivel has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.